CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY OLVEDA,<br><br>Defendant. | **CASE NO.** 4:23-cr-00039-JST [KAW]<br><br>**DETENTION ORDER** |

Defendant Ashley Olveda is charged in an amended Form 12 with violations of her terms of supervised release.

This matter came before the Court on October 2, 2026 for initial appearance on the amended Form 12. The defendant was present and represented by Kaitlyn Fryzek. Assistant United States Attorney Evan M. Mateer appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, including the fact that the defendant previously absconded from a residential treatment program and was in a fugitive status for more than a year, and for the reasons stated on the record, the Court finds that the defendant has failed to show by clear and convincing evidence that that she is not a risk of non-appearance at these proceedings.

Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion: that on or about May 2025, the defendant absconded from the Centerpoint residential treatment program, that she remained in absconder status for more than a year, and that in that time she failed to contact her assigned probation officer. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: October 5, 2026

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge